**Order entered November 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01156-CV

### PETER BEASLEY, Appellant

### V.

### SEABRUM RICHARDSON AND LAMONT ALDRIDGE, Appellees

On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-13433

## ORDER

Before the Court is appellant's October 29, 2015 "Opposed Motion to Correct the Record with a Late Filed Agreed Bill of Exceptions & Motion to Extend Time to File Brief." We **GRANT** appellant's motion for an extension of time to file an agreed bill of exceptions. We **ORDER** appellant to file the agreed bill of exceptions with the trial court **WITHIN TEN DAYS** of the date of this order.

We **ORDER** Felicia Pitre, Dallas County District Clerk, to file, **WITHIN FIFTEEN DAYS** of the date of this order, a supplemental clerk's record containing a signed and filed copy of the agreed bill of exceptions.

Appellant's brief will be due **THIRTY DAYS** after the supplemental clerk's record is filed.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to The Honorable Craig Smith, Judge of the 192nd Judicial District Court, Ms. Pitre, and all parties.

/s/  ELIZABETH LANG-MIERS
      JUSTICE